**BRYAN CAVE LLP**
LAWRENCE J. HURLEY (New Jersey SBN #014231974)
(*Pro Hac Vice* Application Pending)
1290 Avenue of the Americas
New York, NY 10104
Telephone: 212-541-2322
Facsimile: 212-541-1322
lawrence.hurley@bryancave.com

**BRYAN CAVE LLP**
KAYE E. STEINSAPIR (California SBN #223171)
120 Broadway, Suite 300
Santa Monica, CA 90401
Telephone: 310-576-2100
Facsimile: 310-576-2200
kaye.steinsapir@bryancave.com

Attorneys for Defendant
LUCENT TECHNOLOGIES INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>LUCENT TECHNOLOGIES INC.,<br><br>Defendant. | Case No. 3:05-CV-269 MMC<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING SUBSTITUTION OF COUNSEL - LOCAL RULE 7-12**<br><br>[Filed Concurrently With Notice of Motion and Motion for Administrative Relief – Local Rule 7-11] |

1  Pursuant to Local Rule 7-12, Defendant Lucent Technologies Inc.
2  ("Defendant") hereby stipulates and agrees to substitute Lawrence J. Hurley of
3  Bryan Cave LLP, *Pro Hac Vice* Application Pending, 1290 Avenue of the
4  Americas, New York, NY 10104, (212) 541-2322 and Kaye E. Steinsapir of Bryan
5  Cave LLP, California State Bar No. 223171, 120 Broadway, Suite 300, Santa
6  Monica, CA 90403 (310-576-2100), as counsel of record in place of William J.
7  Dritsas of Seyfarth Shaw LLP. By signing below, Defendant's counsel hereby
8  represent that this substitution will cause no delay in the prosecution of this case to
9  completion. If the Court approves this Stipulation, all further notices and pleadings
10 in this matter should be sent to:

11  LAWRENCE J. HURLEY, *Pro Hac Vice* Application Pending
    **BRYAN CAVE LLP**
12  1290 Avenue of the Americas
13  New York, NY  10104
    Telephone:  212-541-2322
14  Facsimile:   212-541-1322
15  lawrence.hurley@bryancave.com

16
    KAYE E. STEINSAPIR, California SBN #223171
17  **BRYAN CAVE LLP**
    120 Broadway, Suite 300
18  Santa Monica, CA 90401
19  Telephone:  310-576-2100
    Facsimile:   310-576-2200
20  kaye.steinsapir@bryancave.com

21
22  DATED: August 2⁴, 2007    **BRYAN CAVE LLP**
23                            Lawrence J. Hurley
                              Kaye E. Steinsapir
24
25                            By: /s/ Kaye E. Steinsapir
26                            Kaye E. Steinsapir
27                            Attorneys for Defendant Lucent Technologies Inc.
28

SM01DOCS646985                    2

STIPULATION AND [PROPOSED] ORDER RE:
SUBSTITUTION OF COUNSEL

DATED: August 21, 2007

SEYFARTH SHAW LLP
William J. Dritsas

By: _____
William J. Dritsas
Attorneys for Defendant Lucent Technologies Inc.

### [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: August 30, 2007

_____
U.S. District Judge Maxine M. Chesney

SM01DOCS646985

3

STIPULATION AND [PROPOSED] ORDER RE:
SUBSTITUTION OF COUNSEL