United States District Court

For the Northern District of California

1
2
3
4
5
6
7
8                    IN THE UNITED STATES DISTRICT COURT

9                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   EQUAL EMPLOYMENT OPPORTUNITY              No. C-05-0269 MMC
     COMMISSION,
12                                            **ORDER DIRECTING PARTIES TO**
                    Plaintiff,                **COMPLY WITH ORDER OF FEBRUARY**
13                                            **11, 2005**
        v.
14
     LUCENT TECHNOLOGIES, INC.,
15
                    Defendant.
16
     _____/
17

18

19        On February 11, 2005, the Court stayed the above-titled action pending the Ninth

20   Circuit Court of Appeals' decision in Hulteen, et al. v. AT & T, et al., C-01-1122MJJ, and

     directed the parties to submit status reports to the Court at intervals of no less than six
21
     months.  The last such status report was filed October 16, 2006, approximately one year
22
     ago.  In the interim, the Ninth Circuit, on August 17, 2007, filed its opinion in Hulteen.  See
23
     Hulteen v. AT & T Corp., --- F.3d ----, 2007 WL 2332071 (9th Cir. 2007).  The parties are
24
     hereby directed to comply with the Order of February 11, 2005 by submitting, no later than
25
     October 17, 2007, a joint report apprising the Court of the status of the instant action.
26
          **IT IS SO ORDERED.**
27

28   Dated: October 10, 2007

                                              MAXINE M. CHESNEY
                                              United States District Judge