WILLIAM R. TAMAYO  #084965 (CA)
JONATHAN T. PECK  #12303 (VA)
MARCIA L. MITCHELL - #18122 (WA)
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
San Francisco District Office
350 The Embarcadero, Suite 500
San Francisco, California  94105-1260
Telephone: (415) 625-5651
Facsimile: (415) 625-5657

Attorneys for Plaintiff

**BRYAN CAVE LLP**
LAWRENCE J. HURLEY (New Jersey SBN #014231974)
1290 Avenue of the Americas
New York, NY 10104
Telephone: (212) 541-2322
Facisimile (212) 541-1322
lawrence.hurley@bryancave.com

**BRYAN CAVE LLP**
KAYE E. STEINSAPIR (California SBN #223171)
120 Broadway, Suite 300
Santa Monica, CA 90401
Telephone: (310) 576-2100
Facsimile: (310) 576-2200
kaye.steinsapir@bryan cave.com

Attorneys for Defendant

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>    Plaintiff,<br><br>vs.<br><br>LUCENT TECHNOLOGIES INC.,<br><br>    Defendant. | Case No.3:05-CV-269 MMC<br><br>JOINT STATUS REPORT ; ORDER |

Pursuant to the Court's February 11, 2005 Order, the parties jointly report that on August 17,

2007, the Ninth Circuit issued an order in *Hulteen et al. v. AT&T Corp. et al.*, --- F.3d ----, 2007 WL 2332071 (9th Cir. 2007), affirming the District Court's determination that it is a violation of the Pregnancy Discrimination Act for AT&T to calculate service credit by excluding time spent on pregnancy leave when determining eligibility for retirement benefits.  The underlying issue in *Hulteen* is the same legal issue before the court in this case.  The parties understand that AT&T may petition the Supreme Court for *certiorari* and request that the Court continue to stay the proceedings in this case through at least November 15, 2007 (the last day for AT&T to file its petition).

**EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

Dated: October 15, 2007            /s/ Marcia L. Mitchell
                                   Marcia L. Mitchell

**LUCENT TECHNOLOGIES INC.**

Dated: October 15, 2007            /s/ Lawrence J. Hurley
                                   Lawrence J. Hurley

Dated: October 15, 2007            /s/ Kay E. Steinsapir
                                   Kaye E. Steinsapir

   I attest that Defendant's counsel approved this document via e-mail and gave consent to the filing of the same with the court.

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

Dated: October 15, 2007            /s/ Marcia L. Mitchell
                                   Marcia L. Mitchell

1  **ORDER**

2       Upon review of the above joint status report, it is hereby ordered that:

3

4       1) this case ~~will be~~ stayed ~~through November 15, 2007.~~; and  [remains inserted above]
        2) the parties shall file a status report no later than December 1, 2007.

5

6   Dated: October 22, 2007        _____
                                   UNITED STATES DISTRICT JUDGE

7

JOINT STATUS REPORT
C-05-0269 MMC                        -3-