| | |
|---|---|
| 1 | WILLIAM R. TAMAYO  #084965 (CA) |
| 2 | JONATHAN T. PECK  #12303 (VA) |
|   | MARCIA L. MITCHELL - #18122 (WA) |
| 3 | EQUAL EMPLOYMENT OPPORTUNITY COMMISSION |
|   | San Francisco District Office |
| 4 | 350 The Embarcadero, Suite 500 |
|   | San Francisco, California  94105-1260 |
| 5 | Telephone: (415) 625-5651 |
| 6 | Facsimile: (415) 625-5657 |
| 7 | Attorneys for Plaintiff |
| 8 | **BRYAN CAVE LLP** |
| 9 | LAWRENCE J. HURLEY (New Jersey SBN #014231974) |
|   | 1290 Avenue of the Americas |
| 10 | New York, NY 10104 |
|   | Telephone: (212) 541-2322 |
| 11 | Facisimile (212) 541-1322 |
| 12 | lawrence.hurley@bryancave.com |
| 13 | **BRYAN CAVE LLP** |
|   | KAYE E. STEINSAPIR (California SBN #223171) |
| 14 | 120 Broadway, Suite 300 |
|   | Santa Monica, CA 90401 |
| 15 | Telephone: (310) 576-2100 |
| 16 | Facsimile: (310) 576-2200 |
|   | kaye.steinsapir@bryan cave.com |
| 17 | Attorneys for Defendant |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | Case No.3:05-CV-269 MMC |
| Plaintiff, | JOINT STATUS REPORT |
| vs. | |
| LUCENT TECHNOLOGIES INC., | |
| Defendant. | |

Pursuant to the Court's October 22, 2007, the parties jointly report that AT&T Corporation is

JOINT STATUS REPORT
C-05-0269 MMC                                              -1

seeking to appeal the Ninth Circuit's decision in *Hulteen et al. v. AT&T Corp. et al.*. --- F.3d ----, 2007 WL 2332071 (9th Cir. 2007) which affirmed the Northern District of California's determination that it is a violation of the Pregnancy Discrimination Act for AT&T to calculate service credit by excluding time spent on pregnancy leave when determining eligibility for retirement benefits.  On October 22, 2007, AT&T Corporation filed a Petition for *Certiorari* with the Supreme Court. *See*, *AT&T Corp. et al. v. Hulteen et al.*, 2007 WL 3129920 (2007).  Since the issue in *Hulteen* is the same legal issue before the court in this case, the parties request that the Court continue to stay the proceedings in this case until the Supreme Court decides to grant or deny *certiorari* in the *Hulteen* case.

    With this court's permission, the parties will keep the court apprized of the status of the Supreme Court proceedings by filing a Joint Status Report every ninety (90) days until such time as the Supreme Court has ruled on the Petition for *Certiorari*.

**EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

Dated:  November 29, 2007          _____/s/ Marcia L. Mitchell_____
                                                      Marcia L. Mitchell

**LUCENT TECHNOLOGIES INC.**

Dated: November 29, 2007          _____/s/ Lawrence J. Hurley_____
                                                      Lawrence J. Hurley

    I attest that Defendant's counsel approved this document via e-mail and gave consent to the filing of the same with the court.

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

Dated:  November 29, 2007          _____/s/ Marcia L. Mitchell_____
                                                      Marcia L. Mitchell

**ORDER**

Upon review of the above joint status report, it is hereby ordered that:

1) this case remains stayed ~~through~~;

2) the parties shall file joint status reports every ninety (90) days until such time as the Supreme Court issues an order on the Petition for *Certiorari* in *AT&T Corp. et al. v. Hulteen et al.*

Dated: December 3, 2007            _____
                                   UNITED STATES DISTRICT JUDGE