IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>LUCENT TECHNOLOGIES, INC.,<br><br>Defendant. | No. C-05-0269 MMC<br><br>**ORDER VACATING ORDER CONDITIONALLY CLOSING CASE FOR STATISTICAL PURPOSES; DIRECTIONS TO CLERK; DIRECTIONS TO PARTIES** |

By order filed February 15, 2008, the Court directed the Clerk of the Court to statistically close the instant matter. Upon further consideration, the Court has determined the case should be reopened. Accordingly, the February 15, 2008 order is hereby VACATED, and the Clerk is DIRECTED to reopen the case. The Clerk is further DIRECTED to statistically identify the instant matter as being stayed pending the outcome of a related case.

The parties are DIRECTED to continue to file status reports every ninety days, as set forth in the Court's December 3, 2007 order.

**IT IS SO ORDERED.**

Dated: March 3, 2008

MAXINE M. CHESNEY
United States District Judge