1  **BRYAN CAVE LLP**
   LAWRENCE J. HURLEY (New Jersey SBN #014231974)
2  1290 Avenue of the Americas
   New York, NY 10104
3  Telephone: 212-541-2322
   Facsimile: 212-541-1322
4  lawrence.hurley@bryancave.com

5  **BRYAN CAVE LLP**
   KAYE E. STEINSAPIR (California SBN #223171)
6  120 Broadway, Suite 300
   Santa Monica, CA 90401
7  Telephone: 310-576-2100
   Facsimile: 310-576-2200
8  kaye.steinsapir@bryancave.com

9  Attorneys for Defendant
   LUCENT TECHNOLOGIES INC.
10
   WILLIAM R. TAMAYO (California SBN #084965)
11 JONATHAN T. PECK (Virginia SBN #12303)
   MARCIA L. MITCHELL (Washington SBN #18122)
12 San Francisco District Office
   350 The Embarcadero, Suite 500
13 San Francisco, California 94105-1260
   Telephone: (415) 625-5651
14 Facsimile: (415) 625-5657

15 Attorneys for Plaintiff
   EQUAL EMPLOYMENT OPPORTUNITY
16 COMMISSION

17

18            **UNITED STATES DISTRICT COURT**

19            **NORTHERN DISTRICT OF CALIFORNIA**

20

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>LUCENT TECHNOLOGIES INC.,<br><br>Defendant. | Case No. 3:05-CV-269 MMC<br><br>**JOINT STATUS REPORT ; ORDER** |

27    Pursuant to the Court's March 3, 2008 order, the parties jointly report that

28 AT&T Corporation is seeking to appeal the Ninth Circuit's decision in *Hulteen et al.*

Bryan Cave LLP
120 Broadway, Suite 300
Santa Monica, California 90401-2386

*v. AT&T Corp., et al.* ---F.3d---, 2007 WL 2332071 (9th Cir. 2007). On October 22, 2007, AT&T Corporation filed a Petition for *Certiorari* with the United States Supreme Court. *See, AT&T Corp., et al. v. Hulteen et al.*, 2007 WL 3129920 (2007). Since the issue in *Hulteen* is the same legal issue before the Court in this case, the parties request that the Court continue to stay the proceedings in this case until thirty days (30 days) after the Supreme Court decides to grant or deny *certiorari* in the *Hulteen* case. The parties agree that this approach would allow them to discuss how this case should proceed, depending upon the outcome of *Hulteen*, and then return to the Court with concrete suggestions for the Court's consideration.

With the Court's permission, the parties will file an updated status report within thirty (30) days of the Supreme Court's ruling on the Petition for *Certiorari* in the *Hulteen* case.

DATED: March 4, 2008

**BRYAN CAVE LLP**
Lawrence J. Hurley
Kaye E. Steinsapir

By:     /s/ Kaye E. Steinsapir
Kaye E. Steinsapir
Attorneys for Defendant Lucent Technologies Inc.

DATED: March 4, 2008

**EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
William R. Tamayo
Jonathan T. Peck
Marcia L. Mitchell

By:     /s/ Jonathan T. Peck
Jonathan T. Peck
Attorneys for Plaintiff Equal Employment Opportunity Commission

|     |                                                                                          |
| --- | ---------------------------------------------------------------------------------------- |
| 1   | I attest that Plaintiff's counsel approved this document via e-mail and gave             |
| 2   | consent to the filing of the same with the Court.                                        |
| 3   |                                                                                          |
| 4   | Dated: March 4, 2008                          **BRYAN CAVE LLP**                         |
| 5   |                                               Lawrence J. Hurley                         |
|     |                                               Kaye E. Steinsapir                         |
| 6   |                                                                                          |
| 7   |                                                                                          |
| 8   |                                               By:    /s/ Kaye E. Steinsapir              |
|     |                                                      Kaye E. Steinsapir                  |
| 9   |                                                      Attorneys for Defendant Lucent      |
| 10  |                                                      Technologies Inc.                   |

**ORDER**

Upon review of the above Joint Status Report, it is hereby ordered that:

1) this case remains stayed;

2) the parties shall file a Joint Status report ~~within thirty (30) days of the~~ every ninety days pending the Supreme Court's ruling on the Petition for *Certiorari* in *AT&T Corp., et al. v. Hulteen et al.*

Dated: March 5, 2008

*[signature]*
UNITED STATES DISTRICT JUDGE

Bryan Cave LLP
120 Broadway, Suite 300
Santa Monica, California 90401-2386