IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>    Plaintiff,<br><br>  v.<br><br>LUCENT TECHNOLOGIES, INC.,<br><br>    Defendant.<br>_____/ | No. C-05-00269 MMC<br><br>**ORDER GRANTING JOINT REQUEST FOR CONTINUATION OF STAY** |

    Before the Court is the Joint Status Report, filed September 2, 2008, in which the parties request a continuation of the stay in this case until final disposition of <u>AT&T Corp. v. Hulteen</u>, 128 S. Ct. 2957 (2008) (granting certiorari on June 23, 2008). The Court hereby GRANTS the parties' request for a continuation of the stay. The parties shall file a joint status report no later than July 30, 2009 or thirty (30) days following the issuance of the Supreme Court's order in <u>Hulteen</u>, whichever is earlier.

    **IT IS SO ORDERED.**

Dated: September 9, 2008

                                          MAXINE M. CHESNEY<br>                                          United States District Judge