1  SEYFARTH SHAW LLP
   William J. Dritsas, SBN 97523
2  560 Mission Street, Suite 3100
   San Francisco, California 94105
3  Telephone: (415) 397-2823
   Facsimile: (415) 397-8549
4
   Attorneys for Defendant
5  LUCENT TECHNOLOGIES, INC.

6

7

8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11  EQUAL EMPLOYMENT                )   Case No. 3:05-CV-269 MMC
    OPPORTUNITY COMMISSION,         )
12                                  )   **STIPULATION AND [PROPOSED]**
           Plaintiff,               )   **ORDER REGARDING SUBSTITUTION**
13                                  )   **OF COUNSEL—LOCAL RULE 7-12**
       v.                           )
14                                  )
    LUCENT TECHNOLOGIES, INC.,      )
15                                  )
           Defendant.               )
16  _____)

17

18

19        Pursuant to Local Rule 7-12, Defendant Lucent Technologies, Inc. ("Defendant") hereby

20  stipulates and agrees to substitute William J. Dritsas of Seyfarth Shaw LLP, 560 Mission St.,

21  Suite 3100, San Francisco, California 94105, (415) 397-2823, as counsel of record in place of

22  Lawrence J. Hurley of Bryan Cave LLP.  By signing below, Defendant's counsel hereby

23  represent that this substitution will cause no delay in the prosecution of this case to completion.

24  //

25  //

26  //

27  //

28  //

STIPULATION  AND PROPOSED ORDER RE SUBSTITUTION OF ATTORNEY        3:05-cv-269 MMC

1    If the Court approves this Stipulation, all further notices and pleadings in this matter

2  should be sent to:

3        William J. Dritsas
         Seyfarth Shaw LLP
4        560 Mission St., Suite 3100
         San Francisco, California 94105
5        Telephone:  415-397-2823
         Facsimile:  415-397-8549
6        wdritsas@seyfarth.com

7

8  DATED: January ___, 2009        SEYFARTH SHAW LLP

9
                                   By:_____
10                                     William J. Dritsas
                                       Attorneys for Defendant
11                                     LUCENT TECHNOLOGIES, INC.

12 DATED:  January ___, 2009        BRYAN CAVE LLP

13
                                   By_____
14                                     Lawrence J. Hurley
                                       Attorneys for Defendant
15                                     LUCENT TECHNOLOGIES, INC.

16                         [PROPOSED] ORDER

17        PURSUANT TO STIPULATION, IT IS SO ORDERED.

18 DATED: January 14 , 2009         _____
                                    Maxine M. Chesney
19                                  United States District Judge

20

21

22

23

24

25

26

27

28

STIPULATION  AND PROPOSED ORDER RE SUBSTITUTION OF ATTORNEY          3:05-cv-269 MMC