WILLIAM R. TAMAYO  #084965 (CA)
JONATHAN T. PECK  #12303 (VA)
MARCIA L. MITCHELL - #18122 (WA)
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
San Francisco District Office
350 The Embarcadero, Suite 500
San Francisco, California  94105-1260
Telephone: (415) 625-5651
Facsimile: (415) 625-5657

Attorneys for Plaintiff

WILLIAM J. DRITSAS (SBN #097523)
SEYFARTH SHAW LLP
560 Mission Street, 31st Floor
San Francisco, California  94105
Telephone:  (415) 397-2823
Facsimile:  (415) 397-8549

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>LUCENT TECHNOLOGIES, INC.,<br><br>Defendant**.** | CIVIL ACTION NO. 3:05-CV-269 MMC<br><br>**JOINT STATUS REPORT; ORDER THEREON** |

The parties jointly report that the Supreme Court decided *AT&T Corp. v. Hulteen*, 129

1  S.Ct. 1962 (2009), on May 18, 2009. The EEOC has determined that the holding in that decision
2  adversely affects its claims in the pending litigation and has agreed to dismiss its claims against
3  Defendant. The parties are currently working together to draft a stipulation for dismissal.
4  Nevertheless, due to previously scheduled obligations, the parties have not been able to confer
5  regarding final language for the stipulation. Accordingly, they jointly ask the court to continue
6  the stay in this matter until July 3, 2009 to give the parties time to draft and file the final
7  stipulation for dismissal.

Dated: June 17, 2009

U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
350 The Embarcadero, Suite 500
San Francisco, CA  94105
Telephone: 415-625-5651
Facsimile: 415-625-5657

By /s/ Marcia L. Mitchell
Marcia Mitchell
Attorneys for Plaintiff EEOC

Dated: June 17, 2009

SEYFARTH SHAW LLP
560 Mission Street, 31st Floor
San Francisco, California  94105
Telephone:  (415) 397-2823
Facsimile:  (415) 397-8549

By /s/ William Dritsas
William Dritsas
Attorney for Defendant LUCENT TECHNOLOGIES, INC.

**E-filing concurrence**: I, Marcia L. Mitchell, attorney for Plaintiff EEOC, attest that I have obtained the concurrence of counsel for Defendant for the filing of the instant pleading.

/s/ Marcia L. Mitchell
Marcia Mitchell
Attorney for Plaintiff EEOC

Dated: June 25, 2009

IT IS SO ORDERED
Judge Maxine M. Chesney
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA