WILLIAM R. TAMAYO #084965 (CA)
JONATHAN T. PECK #12303 (VA)
MARCIA L. MITCHELL - #18122 (WA)
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
San Francisco District Office
350 The Embarcadero, Suite 500
San Francisco, California 94105-1260
Telephone: (415) 625-5651
Facsimile: (415) 625-5657

Attorneys for Plaintiff

WILLIAM J. DRITSAS (SBN #097523)
SEYFARTH SHAW LLP
560 Mission Street, 31st Floor
San Francisco, California 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>LUCENT TECHNOLOGIES, INC.,<br><br>Defendant. | CIVIL ACTION NO. 3:05-CV-269 MMC<br><br>**STIPULATION FOR DISMISSAL AND [PROPOSED] ORDER** |

It is hereby stipulated by and between Plaintiff, Equal Employment

Opportunity Commission, and Defendant, Lucent Technologies, Inc., through their attorneys of record that the above-captioned action be dismissed with prejudice in its entirety as to all claims and all parties pursuant to Federal Rule of Civil Procedure 41. Each party will bear its own costs and attorney's fees.

Dated: July 23, 2009

U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
350 The Embarcadero, Suite 500
San Francisco, CA 94105
Telephone: 415-625-5651
Facsimile: 415-625-5657

By /s/ Marcia L. Mitchell
Marcia Mitchell
Attorneys for Plaintiff EEOC

Dated: July 23, 2009

SEYFARTH SHAW LLP
560 Mission Street, 31st Floor
San Francisco, California 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549

By /s/ William Dritsas
William Dritsas
Attorney for Defendant LUCENT TECHNOLOGIES, INC.

**E-filing concurrence**: I, Marcia L. Mitchell, attorney for Plaintiff EEOC, attest that I have obtained the concurrence of counsel for Defendants for the filing of the instant pleading.

/s/ Marcia L. Mitchell
Marcia Mitchell
Attorney for Plaintiff EEOC

[PROPOSED] ORDER

Based on the stipulation of the parties, it is hereby ordered that the above-referenced matter is dismissed with prejudice in its entirety pursuant to Federal Rule of Civil Procedure 41. Each party shall bear its own costs and attorney's fees.

IT IS SO ORDERED:

DATED: July 27, 2009

*Maxine M. Chesney*
HON. MAXINE M. CHESNEY
U.S. District Court Judge